UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY E. MOORE,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 23-cv-1316-JPG
Criminal No. 06-cr-40063-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Anthony E. Moore's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed for lack of jurisdiction.

**DATED: April 24, 2023**          MONICA A. STUMP, Clerk of Court

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**